In the Matter of Proving the Will of INSLEE H. BERRY, Deceased.

SARAH C. McCAMLY, Appellant; LUTHERAN HOSPITAL OF MANHATTAN, Respondent.

*Matter of Berry (Will)*, 154 App. Div. 509, affirmed.
(Argued June 6, 1913; decided June 20, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 10, 1913, which reversed a decree of the New York County Surrogate's Court in so far as it declared invalid the tenth clause of will of Inslee H. Berry, deceased.

*Charles Haldene* for appellant.

*Roger Hinds* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE, HOGAN and MILLER, JJ.